AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
## District of Delaware

| | |
|---|---|
| United States of America<br>v.<br><br>DAVID POKORA,<br>a/k/a "Xenomega9," "Xenon7," & "Xenomega,"<br><br>Defendant | Case No. 13-78-3-UNA<br><br>SEALED<br>UNSEALED<br>9/30/14 |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* DAVID POKORA, a/k/a "Xenomega9," "Xenon7," and "Xenomega"

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy; Conspiracy to Commit Wire Fraud; Wire Fraud; Conspiracy to Commit Theft of Trade Secrets; Unauthorized Computer Access; Criminal Copyright Infringement; Conspiracy to Commit Mail Fraud; Attempted Mail Fraud; Conspiracy to Commit Identity Theft; and Aggravated Identity Theft, in violation of Title 18, United States Code, Sections 371, 1028, 1028A, 1030, 1341, 1343, 1349, 1832, and 2319(d).

Date: 07/23/2013

*Issuing officer's signature*

City and state: Wilmington, Delaware

Hon. Mary Pat Thynge, United States Magistrate Judge
*Printed name and title*

### Return

| | |
|---|---|
| This warrant was received on *(date)* 7/23/13, and the person was arrested on *(date)* 3/28/14 at *(city and state)* Buffalo, NY. | |
| Date: 4/8/14 | *Arresting officer's signature*<br><br>William Davis  SDUSM<br>*Printed name and title* |