IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| | : Criminal Action No. 13-78-3-GMS |
| v. | : |
| DAVID POKORA, | : |
| Defendant. | : |

## ORDER

WHEREAS, on April 20, 2015, the United States of America filed a Motion to Dismiss Counts 2-14, 16-17 of the Superseding Indictment, in light of Defendant's guilty plea and sentencing on Count 1 of the Superseding Indictment.

For the reasons stated in that motion and based on the information contained in the presentence report, it is hereby

ORDERED, JUDGED AND DECREED THAT:

The Government's Motion to Dismiss is GRANTED, and Counts 2-14, 16-17 of the Superseding Indictment are hereby dismissed, with prejudice, as to Defendant Pokora.

_____
Honorable Gregory M. Sleet
United States District Judge

Dated: April 23, 2015